# INVOICE

(Page 1 of 3)

| INVOICE NUMBER | 10 |
|---|---|
| INVOICE DATE | MAR-30-2011 |

| PAYMENT TERMS | DUE ON RECEIPT |
|---|---|
| DUE DATE | APR-26-2011 |

FROM:
  Balena Law Firm
  511 Broad Street
  Elyria, OH 44035

BILL TO:
  Boban and Gloria Nikolic
  9040 Calista Drive
  North Ridgeville, OH 44039

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  | * SERVICES * |  |  |  |
| MAR-23-10 | Bankruptcy | initial bankruptcy consultation | 1:36 | $225.00 | $360.00 |
| APR-15-10 | Bankruptcy | Complete petition | 1:00 | $225.00 | $225.00 |
| APR-16-10 | Bankruptcy | signing appointment | 1:12 | $225.00 | $270.00 |
| APR-16-10 | Bankruptcy | file petition | 0:12 | $225.00 | $45.00 |
| APR-19-10 | Bankruptcy | prep and file legal 521 docs, and email tax ret to trustee | 0:24 | $225.00 | $90.00 |
| MAY-04-10 | Bankruptcy | Notice of court date | 0:12 | $225.00 | $45.00 |
| MAY-24-10 | Bankruptcy | ch7 creditor meeting | 1:00 | $225.00 | $225.00 |
| MAY-24-10 | Travel time 225 | travel to and from creditor meeting | 1:24 | $112.00 | $156.80 |
| JUL-16-10 | Bankruptcy | Phone call from Lenore Kleinman | 0:12 | $225.00 | $45.00 |
| JUL-19-10 | Bankruptcy | 707B consult with clients | 0:48 | $225.00 | $180.00 |
| JUL-26-10 | Bankruptcy | complete and file form 23 | 0:18 | $225.00 | $67.50 |
| AUG-17-10 | Bankruptcy | draft and send email to US Atty | 0:56 | $225.00 | $210.00 |
| AUG-17-10 | Bankruptcy | call US Atty | 0:12 | $225.00 | $45.00 |
| SEP-13-10 | Bankruptcy | call US Atty | 0:12 | $225.00 | $45.00 |
| SEP-13-10 | Bankruptcy | CALL COURT | 0:06 | $225.00 | $22.50 |
| SEP-13-10 | Bankruptcy | call US atty | 0:06 | $225.00 | $22.50 |
| SEP-13-10 | Bankruptcy | Draft and file motion to convert | 0:48 | $225.00 | $180.00 |
| OCT-07-10 | Bankruptcy | Hearing on 707B motion | 0:48 | $225.00 | $180.00 |
| OCT-07-10 | Travel time 225 | Travel to and from hearing | 1:36 | $112.00 | $179.20 |
| OCT-26-10 | Bankruptcy | Draft and file conversion order | 0:18 | $225.00 | $67.50 |
| NOV-24-10 | Chapter 13 | Chapter 13 creditor meeting; clients late | 1:36 | $250.00 | $400.00 |
| NOV-24-10 | Travel Time 250 | travel time to office | 0:42 | $125.00 | $87.50 |
| DEC-03-10 | Chapter 13 | Draft doc | 1:00 | $250.00 | $250.00 |
| DEC-03-10 | Chapter 13 | Meeting with Gloria Nikolic with signing | 0:36 | $250.00 | $150.00 |
| DEC-14-10 | Chapter 13 | draft plan | 1:00 | $250.00 | $250.00 |
| DEC-14-10 | Chapter 13 | draft pay order | 0:12 | $250.00 | $50.00 |
| DEC-16-10 | Chapter 13 | draft Rights and Responsibilities | 0:48 | $250.00 | $200.00 |

[Continued on Next Page]

# INVOICE

(Page 2 of 3)

| INVOICE NUMBER | 10 |
|---|---|
| INVOICE DATE | MAR-30-2011 |

| PAYMENT TERMS | DUE ON RECEIPT |
|---|---|
| DUE DATE | APR-26-2011 |

FROM:
  Balena Law Firm
  511 Broad Street
  Elyria, OH 44035

BILL TO:
  Boban and Gloria Nikolic
  9040 Calista Drive
  North Ridgeville, OH 44039

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-16-10 | Chapter 13 | Signing appt with Bo and Gloria | 0:54 | $250.00 | $225.00 |
| DEC-16-10 | Chapter 13 | update petition | 1:36 | $250.00 | $400.00 |
| DEC-16-10 | Chapter 13 | update plan | 0:12 | $250.00 | $50.00 |
| DEC-17-10 | Chapter 13 | file docs | 0:18 | $250.00 | $75.00 |
| DEC-20-10 | Chapter 13 | Draft and file notice of plan | 1:12 | $250.00 | $300.00 |
| DEC-22-10 | Chapter 13 | Draft motion to opt out, Notice of hearing and file docs | 1:12 | $250.00 | $300.00 |
| JAN-13-11 | Chapter 13 | check plan payment status | 0:12 | $250.00 | $50.00 |
| JAN-13-11 | Chapter 13 | call Bo | 0:06 | $250.00 | $25.00 |
| JAN-13-11 | Chapter 13 | return call from Bo | 0:12 | $250.00 | $50.00 |
| JAN-26-11 | Chapter 13 | call Gloria | 0:06 | $250.00 | $25.00 |
| JAN-26-11 | Chapter 13 | Call creditor to resolve objection, sign and return AO | 0:12 | $250.00 | $50.00 |
| JAN-26-11 | Chapter 13 | email 09 tax ret to trustee | 0:06 | $250.00 | $25.00 |
| JAN-28-11 | Chapter 13 | email client check to trustee | 0:06 | $250.00 | $25.00 |
| JAN-28-11 | Chapter 13 | call Gloria | 0:12 | $250.00 | $50.00 |
| FEB-01-11 | Chapter 13 | Confirmation and Opt out hearing | 0:24 | $250.00 | $100.00 |
| FEB-01-11 | Travel Time 250 | Travel to and from Court. Blizzard and ice storm. | 2:21 | $125.00 | $293.75 |
| FEB-24-11 | Chapter 13 | draft motion for fees | 2:12 | $250.00 | $550.00 |
| FEB-28-11 | Chapter 13 | Email from ch 13 Trustee | 0:01 | $250.00 | $4.17 |
| MAR-01-11 | Chapter 13 | email to ch 13 trustee confirming submission of order | 0:01 | $250.00 | $4.17 |
| MAR-01-11 | Chapter 13 | Prepare and file opt out order | 0:12 | $250.00 | $50.00 |
| | | * EXPENSES * | | | |
| APR-10-10 | Bankruptcy | joint credit reports | 2.00 | $22.000 | $44.00 |
| APR-16-10 | Bankruptcy | filing fee | 1.00 | $299.000 | $299.00 |
| APR-16-10 | Bankruptcy | credit counseling and financial management | 1.00 | $60.000 | $60.00 |
| MAY-24-10 | Bankruptcy | parking in Gateway garage | 1.00 | $5.250 | $5.25 |
| DEC-21-10 | Bankruptcy | parking meter | 1.00 | $1.500 | $1.50 |
| FEB-01-11 | Bankruptcy | confirmation hearing parking | 1.00 | $5.250 | $5.25 |
| | | * SUMMARY * | | | |

[Continued on Next Page]

# INVOICE

(Page 3 of 3)

| | |
|---|---|
| INVOICE NUMBER | 10 |
| INVOICE DATE | MAR-30-2011 |

| | |
|---|---|
| PAYMENT TERMS | DUE ON RECEIPT |
| DUE DATE | APR-26-2011 |

FROM:
  Balena Law Firm
  511 Broad Street
  Elyria, OH 44035

BILL TO:
  Boban and Gloria Nikolic
  9040 Calista Drive
  North Ridgeville, OH 44039

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | TOTAL AMOUNT OF SERVICES: | | | $6,700.59 |
| | | TOTAL AMOUNT OF EXPENSES: | | | $415.00 |
| | | ** Invoice Total Hours ** | 31:01 | | |
| | | Ford Reaffirmation agreement | | | $150.00 |
| | | -- Total amount of this invoice: | | | $7,265.59 |
| | | -- Amount paid on this invoice: | | | ($1,993.00) |
| | | -- Balance due on this invoice: | | | $5,272.59 |
| | | -- Other account balance: | | | $0.00 |
| | | | BALANCE DUE | | $5,272.59 |