# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: Boban Nikolic | ) Chapter 13 Case No. 10-13502-M |
| Gloria Jean Nikolic | ) Hon. Pat E. Morgenstern-Clarren |
| Debtors | ) |

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FUND

Craig Shopneck, the Chapter 13 Bankruptcy Trustee, has filed papers with the court to dismiss your case.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss your case, or if you want the court to consider your views on the motion, then on or before **May 17, 2011**, you or your attorney must:

1. File a written response, explaining your position, at
   U.S. Bankruptcy Court
   Howard M. Metzenbaum U.S. Court House
   201 Superior Avenue
   Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:
   Craig Shopneck, Chapter 13 Bankruptcy Trustee
   200 Public Square, BP Tower Suite 3860
   Cleveland, Ohio 44114-2321

3. Attend the hearing scheduled to be held on **May 24, 2011**, at **8:30 A.M.** in Court Room **2A**, on the **2nd** floor of the Howard M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, Ohio 44114.  The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2011, copies of this Notice of Trustee's Motion to Dismiss were served electronically and/or by ordinary U.S. mail to the parties listed below:

William J Balena, Attorney for Debtors
511 W Broad St
Elyria OH 44035

Gloria Jean & Boban Nikolic, Debtors
9040 Calista Dr
North Ridgeville OH 44039

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)

CS/bas
04/22/11