**This document was signed electronically on September 20, 2013, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 20, 2013**



Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

```
C10-01191D                    EAB/ejh
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION – CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-13502 |
| | ) | |
| BOBAN NIKOLIC | ) | CHAPTER 13 |
| GLORIA JEAN NIKOLIC | ) | |
| | ) | JUDGE PAT E. MORGENSTERN-CLARREN |
| | ) | |
| Debtors | ) | ORDER OF FORD MOTOR CREDIT COMPANY |
| | ) | LLC FKA FORD MOTOR CREDIT COMPANY |
| | ) | AKA FORD MOTOR CREDIT CO. AKA FORD |
| | ) | MOTOR CREDIT AKA FORD CREDIT FOR |
| | ) | RELIEF FROM STAY AS TO BILJANA |
| | ) | NIKOLIC (DOCKET #95) |
| | ) | |
| | ) | PROPERTY: |
| | | ** 2010 Ford Fusion |
| | | VIN# 3FAHP0KCGAR146643 |

This matter came to be considered on the **Conditional Order entered into by and between the parties and an Affidavit of Default (Docket # 95) submitted subsequent thereto and filed by FORD MOTOR CREDIT COMPANY LLC FKA FORD MOTOR CREDIT COMPANY AKA**

**FORD MOTOR CREDIT CO. AKA FORD MOTOR CREDIT AKA FORD CREDIT,** ("Movant").

**The Court finds that pursuant to an Order previously granted in this Court, the debtors and the Co-Debtor Biljana Nikolic were to keep the monthly payments current with the Movant and if any payment payments were missed so that the delinquency equaled thirty (30) days or longer, the stay of proceedings now in effect could be removed by the filing of an affidavit.** Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

1. **The automatic stay imposed by § 362 of the Bankruptcy Code is terminated and the automatic stay imposed by § 1301 of the Bankruptcy Code with respect to Movant with respect to the personal property more fully described as a 2010 Ford Fusion VIN# 3FAHP0KCGAR146643.**

2. Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

IT IS SO ORDERED

###

Submitted by:

<u>/s/ Edward A. Bailey</u>
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
BY: Cynthia A. Jeffrey #0062718
BY: Edward A. Bailey #0068073
BY: Faye D. English #0075557
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5522
Attorneys for Creditor
ebailey@reimerlaw.com

LIST OF PARTIES TO BE SERVED

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1.  Craig H. Shopneck on behalf of the Chapter 13 Trustee's office at ch13shopneck@ch13cleve.com

2.  Edward A. Bailey , Esq., Faye D. English, Esq. on behalf of FORD MOTOR CREDIT COMPANY LLC FKA FORD MOTOR CREDIT COMPANY AKA FORD MOTOR CREDIT CO. AKA FORD MOTOR CREDIT AKA FORD CREDIT at ebailey@reimerlaw.com

3.  Office of the U.S. Trustee at (registered address)@usdoj.gov

4.  William Balena, Esq. on behalf of Boban Nikolic and Gloria Jean Nikolic, Debtor, at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, to:

1.  Biljana Nikolic, Co-Debtor
    5600 Goodman Drive
    North Royalton, OH 44133

2.  Boban Nikolic
    Gloria Jean Nikolic, Debtors
    9040 Calista Drive
    North Ridgeville, OH 44039